ACCEPTED
03-15-00125-CR
6854146
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/9/2015 4:30:49 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00125-CR

| | | |
|---|---|---|
| JAMES MONTOYA | * | IN THE COURT OF APPEALS |
| Appellant | * | |
| VS. | * | OF THE THIRD |
| | * | SUPREME JUDICIAL |
| | * | DISTRICT OF TEXAS |
| THE STATE OF TEXAS | * | |
| Appellee | * | AT AUSTIN  TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/9/2015 4:30:49 PM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, Appellant, and files this Motion for an Extension in which to file the Appellant's Brief.  In support of this motion, appellant shows the Court the following:

### I.

The Appellant was convicted in the District Court of Hays County, Texas of the offense of aggravated kidnaping. Appellant was sentenced to life in TDCJ.

### II.

The deadline for filing the Appellant's Brief is August 26, 2015 and Appellant has requested **no** previous extensions.

### III.

Attorney for the Appellant would further show the Court that he has been

diligent in preparing Appellee's brief in this case. Due to a very busy docket counsel is unable to complete the brief within the time frame. Counsel requests an extension of time so that he may adequately prepare Appellant's Brief. Counsel must complete his investigation of the record and draft the brief.

WHEREFORE, Appellant prays the Court grant this Motion and extend the deadline for filing the Appellant's Brief to October 12, 2015.

Respectfully Submitted,

ARIEL PAYAN
Attorney at Law
1012 Rio Grande
Austin, Texas 78701
(512) 478-3900
(512) 472-4102 (fax)
Arielpayan@hotmail.com

/s/ Ariel Payan

ARIEL PAYAN
State Bar No. 00794430

CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellate Brief has been delivered to the Criminal District Attorney of said County  Texas, on September 8, 2015.